No. 1229.   PEETE v. CALIFORNIA.   See *ante*, p. 783.

No. 875.   FLEMING, TEMPORARY CONTROLS ADMINIS-TRATOR, v. LEE, DOING BUSINESS AS VITAMIN PRODUCTS CO. April 14, 1947.   Petition for writ of certiorari to the United States Emergency Court of Appeals denied.   *Acting Solicitor General Washington* and *Carl A. Auerbach* for petitioner.   *Walter H. Bender* for respondent.

No. 1015.   MAYFAIR MEAT PACKING CORP. ET AL. v. UNITED STATES.   April 14, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *A. Harry Weissman* for petitioners.   *Acting Solicitor General Washington, William E. Remy, David London, Samuel Mermin* and *Norma G. Zarky* for the United States.

No. 1049.   CURTIS v. FAKE, U. S. DISTRICT JUDGE, ET AL.   April 14, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. Petitioner *pro se.   H. Brua Campbell* for the Utah Fuel Co. et al., respondents.

Nos. 1068 and 1069.   FREEMAN v. UNITED STATES. April 14, 1947.   Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *John J. Kennett* and *O. C. Moore* for petitioner.   *Acting*